CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 16 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Branden Bailey
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

Cobb County sheriff Neil Warran

(Enter above the full name of the defendant(s).)

1:20-CV-1191

I.  **Previous Lawsuits**

   A.  Have you filed other lawsuits in federal court while incarcerated in any institution?

       Yes (✓)    No ( )

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s): Branden Bailey

         Defendant(s): Cobb County sheriff Neil Warran

      2. Court (name the district): U.S.D.C Northern District of Ga.

      3. Docket Number: 1:20 — CV — 0808

Rev. 12/5/07

I. **Previous Lawsuits (Cont'd)**

4. Name of judge to whom case was assigned: Deputy clerk

5. Did the previous case involve the same facts?

    Yes ( )   No (✓)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Still pending

7. Approximate date of filing lawsuit: FEB 24 2020

8. Approximate date of disposition: N/A

II. **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A. Place of Present Confinement: Cobb county jail

B. Is there a prisoner grievance procedure in this institution?

    Yes (✓)   No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

    Yes (✓)   No ( )

D. If your answer is YES:
1. What steps did you take and what were the results? I filled out grievance and response you Informed me that you did not want to speack to me about this issue your room mate at the time saying He was unclear about what happend

    grievances
    66115
    6774
    54916

2. If your answer is NO, explain why not: _____

Rev. 12/5/07

III. **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Branden Bailey #00103735A

Address(es): P.O Box, 100110 Marretta GA 30060 # 00103735A

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): COBB county sheriff Department

Employed as Sheriff Neil Warren

at Neil Warren @ COBBCounty.org

IV. **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 8/8/19 I was attack by a Inmate one of the staff that work in the control Both unlock My cell Why I was lock in it My cell the Inmate told her to unlock it and she Did He attacked me and He tried to kill me I was so scerd for my Life and still is Why I'm still in this jail I'm have mental stress! I'm taking Medication For My mental stress problems I cant sleep at night I have Bad Dreams about it He was really trying to kill me!!

Rev. 12/5/07

IV. **Statement of Claim (Cont'd)** 25 millions

*B.B*

V. **Relief**
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. 25 millions for pain and mental stress problems

*B.B*

Rev. 12/5/07

V.   Relief (Cont'd)   25 millions

Signed this _____ day of _____, 20 20.

Buurbr Bailey
Signature of Plaintiff

STATE OF COBB GA
COUNTY (CITY) OF Marietta

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON  3 /10/ 20
                (Date)

Buurder Bailey
Signature of Plaintiff

Rev. 12/5/07